**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Derrick WHITFIELD, Petitioner**

No. 237 EAL 2016

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

**AND NOW**, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Richard Thomas MORALES, Petitioner**

No. 601 MAL 2016

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

**AND NOW**, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Richard L. OSTRANDER,**
**Jr., Petitioner**

No. 518 MAL 2016

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

**AND NOW**, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.